IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONCEPCION ORQUIOLA,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL CITY MORTGAGE CO.,<br><br>   Defendant.<br><br>_____ | Civil Action No.<br><br>1:05-CV-783-JOF<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Concepcion Orquiola and Defendant National City Mortgage Company hereby stipulate to the dismissal of all claims in this action WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own attorney's fees, costs and expenses.

This 4th day of September, 2007.

| | |
|---|---|
| */s/ Amanda A. Farahany* | */s/ William Sutton* |
| Amanda A. Farahany | William Sutton |
| Georgia Bar No. 646135 | Georgia Bar No. 489420 |
| BARRETT & FARAHANY, LLP | MCLAIN & MERRITT |
| 1401 Peachtree Street, Suite 101 | 3445 Peachtree Road |
| Atlanta, Georgia 30309 | Atlanta, GA 30326 |
| (404) 214-0120 (Phone) | (404) 522-4700 (Phone) |
| (404) 214-0125 (Fax) | (404) 525-2224 (Fax) |
| Attorney for Plaintiff | Attorney for Defendant |

Respectfully submitted this 4th day of September, 2007.

s/Amanda A. Farahany___

Amanda A. Farahany
Georgia Bar No. 646135
BARRETT & FARAHANY, LLP
1401 Peachtree Street
Suite 101
Atlanta, GA 30309
(404) 214-0120

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |  |
|---|---|---|
| CONCEPCION ORQUIOLA, | ) | |
| | ) | Civil Action No. |
|   Plaintiff, | ) | |
| | ) | 1:05-CV-783-JOF |
| v. | ) | |
| | ) | |
| NATIONAL CITY MORTGAGE CO., | ) | |
| | ) | |
|   Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the Notice of Deposition of female with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>William Sutton
>McLain & Merritt
>3445 Peachtree Road
>Atlanta, GA  30326

This 4th day of September, 2007.

>>s/Amanda A. Farahany\_\_\_

Amanda A. Farahany
Georgia Bar No. 646135
BARRETT & FARAHANY, LLP
1401 Peachtree Street
Suite 101
Atlanta, GA 30309